Henry B. Closson et al., Respondents, *v.* Seaboard Sand and Gravel Corporation, Appellant.

(Submitted November 20, 1933; decided November 28, 1933.)

*Benjamin Edmund Messler* and *Theodore E. Richards* for motion.

No one opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not a final order.